ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Patriot Property Services, LLC | ) ASBCA No. 64071 |

APPEARANCE FOR THE APPELLANT: Mr. Randy Schenck
Johnsburg, IL

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
James M. Inman, Esq.
Zachary J. Grader, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The appeal has been withdrawn. At the parties' request, the appeal is dismissed without prejudice.

Dated: March 12, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64071, Appeal of Patriot Property Services, LLC, rendered in conformance with the Board's Charter.

Dated: March 13, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals